**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **YAN SUI, PEI-YU YANG,** | ) | |
| Plaintiffs, | ) | No. SACV 13-01776 JAK (AJW) |
| v. | ) | **J U D G M E N T** |
| **2176 PACIFIC HOMEOWNERS ASS'N, et al.,** | ) | |
| Defendants. | ) | |

**IT IS ADJUDGED** that claims 1 and 3 are dismissed without prejudice as to Sui for lack of subject matter jurisdiction. Claims 1 and 3 are dismissed with prejudice as to Yang under the doctrine of res judicata and for failure to state a claim. Claim 2 is dismissed as to both Sui and Yang with prejudice for failure to state a claim. Claims 4, 5, and 6 are dismissed as to both Sui and Yang without prejudice. Claim 7 is dismissed as to both Sui and Yang with prejudice.

October 28, 2014

JOHN A. KRONSTADT
United States District Judge